**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000266
16-SEP-2020
08:47 AM**

NO. CAAP-20-0000266

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

NAM KI HOON, YONG CHANG HA, BERNARD TABLADILLO, PAUL PESTILLI,
Plaintiffs/Counterclaim Defendants/Appellees, v.
JH WAIPAHU, LLC, domestic limited liability company;
HC DRIVE-IN INC., a domestic profit corporation,
Defendants/Counterclaim Plaintiffs/Appellants;
JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10;
DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10;
and DOE GOVERNMENTAL AGENCIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC171000924)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Chan, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal (**Stipulation**), filed September 11, 2020, by Defendants-Counterclaim Plaintiffs/Appellants JH Waipahu, LLC, and HC Drive-In Inc., the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; (3) the Stipulation is dated and signed by counsel for all

parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, September 16, 2020.

/s/ Derrick H.M. Chan
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge